UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIDIGITAL OPERATING, LLC,

                Plaintiff,

    -against-

WOLF RIVER ELECTRIC,

                Defendant.

Case No. 1:26-cv-04677 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On June 3, 2026, Defendant removed this action from the Supreme Court of the State of New York. *See* Dkt. 1. At the time, Defendant had not yet answered or otherwise responded to Plaintiff's complaint in the state-court action. Defendant's answer therefore became due on June 10, 2026. *See* Fed. R. Civ. P. 81(c)(2). To date, Defendant has failed to answer or otherwise respond to the complaint.

Accordingly, on June 26, 2026, Plaintiff sought a Clerk's Certificate of Default against Defendant. *See* Dkts. 5-7. The request was denied due to filing deficiencies.

As a courtesy, the Court will extend Defendant's deadline to answer or otherwise respond to the complaint to **July 10, 2026**. Failure to respond to the complaint by that date could result in the commencement of default judgment proceedings.

Dated: June 30, 2026
       New York, New York

                          SO ORDERED.

                          JENNIFER L. ROCHON
                          United States District Judge