UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIDIGITAL OPERATING, LLC,

Plaintiff,

-against-

WOLF RIVER ELECTRIC,

Defendant.

Case No. 1:26-cv-04677 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons discussed at the parties' initial pretrial conference, *see also* Dkt. 12, the Clerk of Court is respectfully directed to terminate Jeffrey D. Schulman as counsel of record for Defendant.

Dated: July 23, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge